UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANORAK CO. LTD.,

                Plaintiff,

       -against-

CHERLOI GLOBAL,

                Defendant.

24-CV-9544 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

       Plaintiff Anorak Co. Ltd. brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915. However, a corporation, such as Plaintiff Anorak Co. Ltd., may not proceed IFP. *See Rowland v. Ca. Men's Colony, Unit II Advisory Council*, 506 U.S. 194, 196 (1993) ("[O]nly a natural person may qualify for treatment *in forma pauperis*."). Accordingly, within thirty days of the date of this order, Plaintiff must pay the $405.00 in fees.

       Moreover, a corporation cannot proceed *pro se* in federal court. *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998). A corporation must be represented by an attorney. Accordingly, within 30 days, Plaintiff Anorak Co. Ltd. must have an attorney enter a notice of appearance on its behalf.

       If Plaintiff fails to comply with this order within the time allowed, and either does not pay the filing fees or an attorney does not enter a notice of appearance on behalf of Plaintiff, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  December 16, 2024
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge