UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANORAK CO. LTD.,

                Plaintiff,

    -against-

CHERLOI GLOBAL,

               Defendant.

24cv9544 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the January 22, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 24, 2025
            New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge